MASCHOFF BRENNAN GILMORE & ISRAELSEN, PLLC
Sterling A. Brennan (Cal. Bar No. 126091)
sbrennan@mabr.com
Saloni Mathur (Cal. Bar No. 335028)
smathur@mabr.com
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone:   949.202.1900
Facsimile:    949.453.1104

Kirk A. Harris (*pro hac vice* forthcoming)
kharris@mabr.com
Ryan A. Cook (*pro hac vice* forthcoming)
rcook@mabr.com
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone:   801.297.1850
Facsimile:    435.252.1361

*Attorneys for Plaintiff Largan Precision Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGAN PRECISION CO., LTD., | Case No.: 5:21-cv-9138 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| MOTOROLA MOBILITY LLC, LENOVO (UNITED STATES) INC., and LENOVO GROUP LTD. | **JURY TRIAL DEMANDED** |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that, other than the parties named in this action, no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

1
2   Dated: November 24, 2021                MASCHOFF BRENNAN
3                                           GILMORE & ISRAELSEN, PLLC
4                                           /s/ *Sterling A. Brennan*
5                                           Sterling A. Brennan (Cal. Bar No. 126091)
                                            sbrennan@mabr.com
6                                           Saloni Mathur (Cal. Bar No. 335028)
                                            smathur@mabr.com
7                                           100 Spectrum Center Drive, Suite 1200
                                            Irvine, California 92618
8                                           Telephone:   949.202.1900
                                            Facsimile:   949.453.1104
9
10                                          Kirk A. Harris (*pro hac vice* forthcoming)
                                            kharris@mabr.com
11                                          Ryan A. Cook (*pro hac vice* forthcoming)
                                            rcook@mabr.com
12                                          111 South Main Street, Suite 600
                                            Salt Lake City, Utah 84111
13                                          Telephone:   801.297.1850
                                            Facsimile:   435.252.1361
14
15                                          *Attorneys for Plaintiff*
                                            *Largan Precision Co., Ltd.*
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
Case No. 5:21-cv-9138                       CERTIFICATE OF INTERESTED ENTITIES OR PERSONS