1  **KILPATRICK TOWNSEND & STOCKTON LLP**
   STEVEN D. MOORE
2  Two Embarcadero Center
   Suite 1900
3  San Francisco, California 94111
   Telephone:    415 576 0200
4  Facsimile:    415 576 0300

5  KRISTOPHER REED
   2001 Ross Avenue
6  Suite 4400
   Dallas, Texas 75201
7  Telephone:    214 922 7100
   Facsimile:    214 922 7101
8
   RISHI GUPTA
9  Two Embarcadero Center
   Suite 1900
10 San Francisco, California 94111
   Telephone:    415 576 0200
11 Facsimile:    415 576 0300

12 MATTHEW J. MEYER
   1080 Marsh Road
13 Menlo Park, California 94025
   Telephone:    650 326 2400
14 Facsimile:    650 326 2422

15
   Attorneys for Defendant
16 MOTOROLA MOBILITY LLC

17
                    UNITED STATES DISTRICT COURT
18
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
19
                        SAN FRANCISCO DIVISION
20

21

| | |
|---|---|
| LARGAN PRECISION CO., LTD., | **DEFENDANT MOTOROLA MOBILITY LLC'S CORPORATE DISCLOSURE STATEMENT** |
| Plaintiff, | |
| v. | |
| MOTOROLA MOBILITY LLC, | Date:        March 18, 2022<br>Time:        9:00 a.m.<br>Courtroom:  Courtroom 5, 2nd Floor<br>Judge:       Hon. Jeffrey S. White |
| Defendant. | |
| | Complaint Filed:    November 24, 2021 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Motorola Mobility LLC states:

1. Motorola Mobility LLC is a direct, wholly owned subsidiary of Motorola Mobility Holdings LLC;

2. Motorola Mobility Holdings LLC is indirectly a wholly-owned subsidiary of Lenovo Group Limited; and

3. Legend Holdings Corporation is the only publicly held corporation that owns 10% or more of Lenovo Group Limited's stock.

DATED: February 9, 2022

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Steven D. Moore*
      STEVEN D. MOORE

Attorneys for Defendant Motorola Mobility LLC