UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGAN PRECISION CO, LTD,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC.,<br><br>Defendant. | Case No. 21-cv-09138-JSW<br><br>**ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 32 |

This matter is scheduled for a case management conference on February 25, 2022. The Court has received and considered the parties' joint case management statement, and it HEREBY VACATES the case management conference. IT IS HEREBY ORDERED that the parties' case management statement is adopted, except as expressly modified by this Order.

It is FURTHER ORDERED as follows:

**A.   DATES**

The Court adopts the parties proposed schedule of case events through claim construction as set forth on pages 9-10 of the joint case management statement, except as modified below. Subsequent case deadlines will be addressed after the Court's issuance of a claim construction ruling.

| Event | Date |
|---|---|
| Serve Disclosures of Asserted Claims and Infringement Contentions; Document Production Accompanying Infringement Contentions (Patent L.R. 3-1, 3-2) | March 11, 2022 |
| Serve Invalidity Contentions; Document Production Accompanying Invalidity Contentions (Patent L.R. 3-3, 3-4) | April 25, 2022 |
| Exchange Proposed Terms for Construction (Patent L.R. 4-1) | May 9, 2022 |

| | |
|---|---|
| Exchange Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | May 31, 2022 |
| File Damages Contentions (Patent L.R. 3-8) | June 14, 2022 |
| File Joint Claim Construction Statement and Prehearing Statement Expert Reports (Patent L.R. 4-3) | June 24, 2022 |
| File Responsive Damages Contentions (Patent L.R. 3-9) | July 14, 2022 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | July 24, 2022 |
| Opening Claim Construction Brief (Patent L.R. 4-5(a)) | August 8, 2022 |
| Responsive Claim Construction Brief (Patent L.R. 4-5(b)) | August 22, 2022 |
| Reply Claim Construction Brief (Patent L.R. 4-5(c)) | August 29, 2022 |
| Technology Tutorial | September 15, 2022, at 10:00 a.m. |
| Claim Construction Hearing | September 22, 2022, at 10:00 a.m. |

**B.     DISCOVERY**

The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions. Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

If the parties have discovery disputes, they shall follow the procedures set forth in this Court's Civil Standing Orders, and the Court reserves the right to refer discovery disputes to a randomly assigned Magistrate Judge.

**C.     ALTERNATIVE DISPUTE RESOLUTION**

By agreement of the parties, this matter is referred to private mediation to be conducted no later than 45 days after entry of the claim construction order. The parties shall promptly notify the Court whether the case is resolved.

**D.     PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 upon a

showing of very good cause. A motion may take the form of a stipulation and proposed order pursuant to Civil L.R. 7-1(a)(5) and Civil L.R. 7-12, but the parties may not modify the pretrial schedule by stipulation without a Court order. If the modification sought is an extension of a deadline contained herein, the motion must be brought <u>before</u> expiration of that deadline. A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order. Additionally, briefing schedules that are specifically set by the Court may not be altered by stipulation without a Court order; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated: February 22, 2022

_____
JEFFREY S. WHITE
United States District Judge