1
2
3
4
5
6
7
8
9
10
11                    **UNITED STATES DISTRICT COURT**
12                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                              **OAKLAND DIVISION**

14  | LARGAN PRECISION CO., LTD., | Case No. 4:21-cv-09138-JSW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING DEFENDANT MOTOROLA MOBILITY LLC'S RENEWED ADMINISTRATIVE MOTION TO SEAL RE DKTS. 313-4 AND 313-5** |
| v. | |
| MOTOROLA MOBILITY LLC, | |
| Defendant. | Complaint Filed:   November 24, 2021 |

[~~PROPOSED~~ ORDER] GRANTING RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 4:21-CV-09138-JSW

1   Having considered Defendant Motorola Mobility LLC's Renewed Administrative Motion to
2   Seal ("Administrative Motion"), and any declarations and supporting documentation thereto, the
3   Court finds that there exists good cause or compelling reasons for maintaining the confidentiality of
4   the requested exhibits for filing under seal.

5   IT IS HEREBY ORDERED that the Administrative Motion is GRANTED.

6   Accordingly, the Court orders that the following documents be filed under seal:

| Document | Portion(s) To Be Sealed |
|---|---|
| Exhibit A - Defendant Motorola Mobility LLC's Fourth Amended Objections and Responses to Largan Precision Co. LTD. Seventh Set of Interrogatories, dated April 9, 2025 | Yellow highlighted portions on pp. 9–17 |
| Exhibit C - excerpts from the Deposition of Matt Biggerstaff, dated April 10, 2025 | Yellow highlighted portions at:<br>33:23–25<br>34:1–3<br>34:7–9<br>34:17–18<br>35:4–5<br>35:11<br>35:15<br>35:20<br>35:24<br>37:1–2<br>37:14–20<br>38:15–16<br>38:20<br>38:24 |

**IT IS SO ORDERED.**

Dated: __December 10__, 2025                   _____
                                               Hon. Donna M. Ryu
                                               United States Chief Magistrate Judge

[PROPOSED ORDER] GRANTING RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 4:21-CV-09138-JSW

- 1 -